**Opinion issued November 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00284-CR

————————————

**TORY ROBERTS-WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Case No. 1501159**

---

**MEMORANDUM OPINION**

Appellant, Tory Roberts-Washington, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).